**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24652-RAR**

**NIKLAS PAUL CARRASCO PARRA**,

Plaintiff,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**, *et al.*,

Defendants.
_______________________________________/

**ORDER VACATING REFERRAL AND**
**REQUIRING RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Plaintiff's Amended Petition, filed on October 22, 2025, seeks relief under the Mandamus Act and the Administrative Procedure Act to compel adjudication of Plaintiff's Form I-290B, Motion to Reconsider. *See* Pet., [ECF No. 6]. On November 13, 2025, Defendants filed a Motion to Dismiss the Amended Petition ("Motion"), [ECF No. 30], asserting the Amended Petition is moot and should be dismissed because the U.S. Citizenship and Immigration Services issued a Decision on Plaintiff's Form I-290B on October 24, 2025. Mot. at 2. In order to promote judicial economy and determine whether the Court has subject matter jurisdiction, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Order Referring Case to Magistrate Judge, [ECF No. 26], is hereby **VACATED**.

2. Plaintiff shall file a Response to Defendants' Motion to Dismiss on or before **November 20, 2025**. Failure to do so will result in the dismissal of this case for failure to comply with Court orders, without further notice. *See* FED. R. CIV. P. 41(b).

**DONE AND ORDERED** in Miami, Florida, this 13th day of November, 2025.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**